**Cecil O. Libbee, Appellant-Petitioner, v. Harold David Imhoff, County Superintendent of Highways of Woodford County, Illinois.**

Gen. No. 10,968.

Second District.

September 17, 1956.

Rehearing denied October 4, 1956.

Released for publication October 4, 1956.

Rae C. Heiple, II, for appellant; Samuel G. Harrod, State's Attorney, for appellee. No brief filed for appellee. Opinion by PRESIDING JUSTICE DOVE. *Not to be published in full.*